# U.S. District Court
## Eastern District of Virginia – (Richmond)
## CRIMINAL DOCKET FOR CASE #: <u>3:22–mj–00074–MRC</u>–1

Case title: USA v. Paola                         Date Filed: 08/04/2022

Assigned to: Magistrate Judge Mark R. Colombell

**<u>Defendant (1)</u>**

**Maurice J. Paola**                 represented by   **Mary Elizabeth Maguire**
Office of the Federal Public Defender
(Richmond)
701 E Broad Street
Suite 3600
Richmond, VA 23219
(804) 565–0860
Fax: (804) 648–5033
Email: mary_maguire@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*

**<u>Pending Counts</u>**                                      **<u>Disposition</u>**

None

**<u>Highest Offense Level (Opening)</u>**

None

**<u>Terminated Counts</u>**                                   **<u>Disposition</u>**

None

**<u>Highest Offense Level (Terminated)</u>**

None

**<u>Complaints</u>**                                          **<u>Disposition</u>**

None

**<u>Plaintiff</u>**

**USA**                              represented by   **Jessica Lee Wright**
DOJ–USAO
919 E. Main Street, Suite 1900

Richmond, VA 23219
571−699−6746
Email: jessica.wright@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/21/2022 | | | Arrest of Maurice J. Paola in Eastern District of Virginia – Richmond Division. (jsau, ) (Entered: 08/05/2022) |
| 08/04/2022 | 1 | | Arrest Warrant Returned Executed on 7/21/22 in case as to Maurice J. Paola. (jsau, ) (Entered: 08/05/2022) |
| 08/04/2022 | 2 | | Minute Entry for proceedings held before Magistrate Judge Mark R. Colombell: Initial Appearance in Rule 32.1 Proceedings as to Maurice J. Paola held on 8/4/2022; Court summarized charges; Deft advised of rights; Deft requested counsel and questioned about financial status; Court found Deft qualifies for counsel and appointed FPD Mary Maguire for purposes of this hearing; Govt seeking detention – Granted; Deft waived Rule 32.1 hearings; Deft remanded pending further proceedings in the District of New Jersey – Camden Division. (FTR.)(jsau, ) Modified on 8/5/2022 (jsau, ). (Entered: 08/05/2022) |
| 08/04/2022 | | | ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Maurice J. Paola (jsau, ) (Entered: 08/05/2022) |
| 08/04/2022 | 3 | | WAIVER of Rule 32 Hearings by Maurice J. Paola (jsau, ) (Entered: 08/05/2022) |
| 08/04/2022 | 4 | | COMMITMENT TO ANOTHER DISTRICT as to Maurice J. Paola. Defendant committed to District of District of New Jersey – Camden Division. Signed by Magistrate Judge Mark R. Colombell on 8/4/22. (jsau, ) (Entered: 08/05/2022) |

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Jessica Lee Wright (caseview.ecf@usdoj.gov, heidi.e.bokor@usdoj.gov,
jessica.wright@usdoj.gov, ruth.y.bentley@usdoj.gov, usavae-ric.ecf.crim@usdoj.gov),
Magistrate Judge Mark R. Colombell (autumn_dickerson@vaed.uscourts.gov,
mara_shingleton@vaed.uscourts.gov, mark_colombell@vaed.uscourts.gov,
mrc_chambers@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:10777184@vaed.uscourts.gov
Subject:Activity in Case 3:22-mj-00074-MRCVAED USA v. Paola Arrest - Other District
```
Content–Type: text/html

## U.S. District Court

## Eastern District of Virginia –

## Notice of Electronic Filing

The following transaction was entered on 8/5/2022 at 4:54 PM EDT and filed on 7/21/2022

| | |
|---|---|
| **Case Name:** | USA v. Paola |
| **Case Number:** | 3:22–mj–00074–MRC |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest of Maurice J. Paola in Eastern District of Virginia – Richmond Division. (jsau, )**

**3:22–mj–00074–MRC–1 Notice has been electronically mailed to:**

Jessica Lee Wright &nbsp &nbsp jessica.wright@usdoj.gov, CASEVIEW.ECF@usdoj.gov,
Heidi.E.Bokor@usdoj.gov, Ruth.Y.Bentley@usdoj.gov, USAVAE–RIC.ECF.CRIM@USDOJ.GOV

**3:22–mj–00074–MRC–1 Notice has been delivered by other means to:**

_AO 442      (Rev. 5/93)   Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of                    NEW JERSEY

UNITED STATES OF AMERICA

### WARRANT FOR ARREST

V.

MAURICE J. PAOLA                  Case Number:   CR. 1:20-627-1   (RBK)

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest          MAURICE J. PAOLA

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   X Violation Notice      Probation Violation Petition

charging him or her with   (brief description of offense)

VIOLATION OF SUPERVISED RELEASE PETITION (SEE ATTACHED)
in violation of Title _____ 18 _____ United States Code, Section(s) _____ 3606 _____

HON. ROBERT B. KUGLER                        UNITED STATES DISTRICT JUDGE
Name of Issuing Officer                      Title of Issuing Officer

Signature of Issuing Officer                 AT CAMDEN, NEW JERSEY
                                             Location

Date:      July 12, 2022

TRUE AND CERTIFIED COPY
Lawrence MacStravic
3:10 pm, Jul 12 2022

## RETURN

This warrant was received and executed with the arrest of the above-named defendant   in the

City of Richmond, Virginia

T. Ringer  DUSM

DATE RECEIVED   NAME AND TITLE OF ARRESTING OFFICER          SIGNATURE OF ARRESTING OFFICER
7/12/22
DATE OF ARREST
7/21/22

**CRIMINAL PROCEEDINGS  — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION**

JUDGE: COLOMBELL

REPORTER: FTR

DOCKET NO. 3:22mj74

DATE: 8/4/22

UNITED STATES OF AMERICA
v.

COUNSEL

1. _Maurice J. Paola_          1. _Mary Maguire_          (x)

| | |
|---|---|
| **APPEARANCES:** | GOVERNMENT _Avi Panth_ _____ (Y) |
| | DEFENDANT WITH COUNSEL ( Y )   DEFENDANT WITHOUT COUNSEL ( ) |
| | DEFENDANT NOT PRESENT   ( )   WAIVER OF APPEARANCE FILED ( ) |
| | INTERPRETER _____ ( ) |

**BAIL STATUS:**   DEFENDANT ON BOND ( )   DEFENDANT INCARCERATED ( Y )  BOND NOT SET ( )

**TYPE OF PROCEEDINGS:**   _Rule 32.1_
INITIAL ( Y )  ARRAIGNMENT ( )   REARRAIGNMENT/GUILTY PLEA ( )
PRELIMINARY ( )  DETENTION ( )  MOTIONS ( )  OTHER: _____ ( )
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( )

**PRELIMINARY PROCEEDINGS:**
WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

**INITIAL HEARING PROCEEDINGS:**
DATE OF ARREST: _____ GOVT'S MOTION TO UNSEAL ( )
INITIAL APPEARANCE ( )
INITIAL APPEARANCE (SUPERVISED RELEASE/PROBATION) ( x ) _Rule 32.1_
GOVT SUMMARIZED CHARGES ( x ) DEFT. ADVISED OF RULE 5 RIGHTS ( Y )
FINANCIAL AFFIDAVIT ( )  COUNSEL TO BE APPOINTED ( X ) _Mary Maguire for Richmond hearings_
DEFT TO RETAIN COUNSEL ( )
GOVT'S MOTION TO DETAIN DEFT ( Y ) ORDER OF TEMPORARY DETENTION ( )
DEFT REMANDED ( Y ) DETENTION HEARING SET: _____

**PRELIMINARY HEARING PROCEEDINGS:**
GOVT ADDUCED EVIDENCE ( )   DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( )  FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) PROBABLE CAUSE FOUND ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )  DEFT REMANDED ( )
WITNESS(ES) _____
_____
_____
_____

**DETENTION HEARING PROCEEDINGS:**

_* Deft Submitted written waiver of Rule 32.1 hearings_

GOVT ADDUCED EVIDENCE ( )   DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( )  FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( )  DEFENDANT CONTINUED ON PRESENT BOND ( )
DEFT HELD W/O BOND ( Y ) FLIGHT RISK ( )  DANGER ( )
DEFENDANT RELEASED ON PR BOND ( ) ELECTRONIC MONITORING ( )
3rd PARTY CUSTODIAN ( ) MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )
DEFT REMANDED ( Y ) GOVT NOT SEEKING DETENTION ( )
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED ( )
WITNESS(ES) _* Deft committed to District of New Jersey - Camden Division for further proceedings_

COURT REMINDED COUNSEL OF PROSECUTORIAL OBLIGATIONS AS REQUIRED UNDER RULE 5(f)  ( )

CASE CONTINUED TO: _____ FOR _____

CASE SET: 1:30   BEGAN: 2:01   ENDED: 2:06   TIME IN COURT: 5 minutes

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Jessica Lee Wright (caseview.ecf@usdoj.gov, heidi.e.bokor@usdoj.gov,
jessica.wright@usdoj.gov, ruth.y.bentley@usdoj.gov, usavae-ric.ecf.crim@usdoj.gov), Mary
Elizabeth Maguire (gwen_jackson@fd.org, lindsay_paiz@fd.org, mary_maguire@fd.org,
terrie_montour@fd.org, victoria_parrish@fd.org), Magistrate Judge Mark R. Colombell
(autumn_dickerson@vaed.uscourts.gov, mara_shingleton@vaed.uscourts.gov,
mark_colombell@vaed.uscourts.gov, mrc_chambers@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:10777215@vaed.uscourts.gov
Subject:Activity in Case 3:22-mj-00074-MRCVAED USA v. Paola Order Appointing Public
Defender
```
Content–Type: text/html

## U.S. District Court

## Eastern District of Virginia –

## Notice of Electronic Filing

The following transaction was entered on 8/5/2022 at 4:58 PM EDT and filed on 8/4/2022

**Case Name:**  USA v. Paola

**Case Number:**  3:22–mj–00074–MRC

**Filer:**

**Document Number:** No document attached

**Docket Text:**

**ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Maurice J. Paola (jsau, )**

**3:22–mj–00074–MRC–1 Notice has been electronically mailed to:**

Jessica Lee Wright &nbsp &nbsp jessica.wright@usdoj.gov, CASEVIEW.ECF@usdoj.gov,
Heidi.E.Bokor@usdoj.gov, Ruth.Y.Bentley@usdoj.gov, USAVAE–RIC.ECF.CRIM@USDOJ.GOV

Mary Elizabeth Maguire &nbsp &nbsp mary_maguire@fd.org, gwen_jackson@fd.org, lindsay_paiz@fd.org,
Terrie_Montour@fd.org, victoria_parrish@fd.org

**3:22–mj–00074–MRC–1 Notice has been delivered by other means to:**

AO 466 (Rev. 01/12) Waiver of Rule 32.1 Hearing (Violation of Probation or Supervised Release)

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  3:22-MJ-00074 (MRC) |
| | ) | |
| MAURICE J. PAOLA | ) | Charging District's Case No.   1:20-CR-627 |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF RULE 32.1 HEARING
### (Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)*   District of New Jersey, Camden                          .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4)     a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5)     a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☐     an identity hearing and production of the judgment, warrant, and warrant application.

☐     a preliminary hearing.

☐     a detention hearing.

☑     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:        8/4/2022

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Mary Maguire
_____
*Printed name of defendant's attorney*

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | | |
| | ) | Case No. | 3:22-MJ-00074 (MRC) |
| | ) | | |
| MAURICE J. PAOLA | ) | Charging District's | |
| Defendant | ) | Case No. | 1:20CR627 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of _____NEW JERSEY_____ ,

CAMDEN

*(if applicable)* _____ division.  The defendant may need an interpreter for this language:

_____ .


The defendant:  ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.


Date:  _____8/4/2022_____          _____ /s/ *Mark Colombell*

*Judge's signature*

_____Mark R. Colombell, United States Magistrate Judge_____
*Printed name and title*